UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20199-CR-SEITZ

UNITED STATES OF AMERICA,

v.

PEDRO BALDRICHE,
_____/

## ORDER DENYING MOTION TO TRANSPORT

This matter came before the Court on Defendant's Motion to Transport [DE 36]. The Court has reviewed the Motion and the Government's Response. For the reasons set out in the Government's response, the motion is without merit. The detainer is appropriate to ensure that Defendant is not released from his state sentence before he serves his sentence in this federal case. Therefore, it is

ORDERED that the Defendant's Motion is DENIED.

DONE AND ORDERED in Miami, Florida, this 17th day of September, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Pedro Baldriche, *pro se*